People v DeFreitas (2025 NY Slip Op 00978)

People v DeFreitas

2025 NY Slip Op 00978

Decided on February 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

1992-04806
 (Ind. No. 77897)

[*1]The People of the State of New York, respondent,
v
Miguel DeFreitas, appellant.

Miguel DeFreitas, Wallkill, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Daniel Bresnahan and Andrea M. DiGregorio of counsel), for respondent.
N. Scott Banks, Hempstead, NY (Tammy Feman of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, an opinion and order of this Court dated August 14, 1995 (People v DeFreitas, 213 AD2d 96), affirming a judgment of the County Court, Nassau County, rendered June 9, 1992.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., MILLER, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court